IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

                                          CASE NO.: 8:25-cr-00043

v.

JERRY GONGORA-ARIAS,

    Defendant.
_____/

## SENTENCING MEMORANDUM

COMES NOW, the Defendant, JERRY GONGORA-ARIAS, by and through undersigned counsel and pursuant to U.S.S.G. §3B1.2 and 18 U.S.C. §3553(a), hereby files this Sentencing Memorandum in further support of a reasonable sentence, which is not greater than necessary to accomplish the purposes of sentencing enumerated in 18 U.S.C. §3553(a)(2). As grounds in support thereof, Mr. Gongora-Arias shows as follows:

## FACTUAL AND PROCEDURAL HISTORY

Mr. Gongora-Arias is a Columbian national who was born on July 31, 1984 in Tumaco (PSR ¶3). His parents separated prior to his birth he was raised by his maternal grandmother and his mother (PSR ¶44). His home had minimal provisions and his family was very poor. (PSR ¶44)

1

Mr. Gongora-Arias has been in a long term relationship with Gisella Rodriguez and they have four children together. (PSR ¶50)

Presently, Mr. Gongora-Arias is in need of medical attention. He suffers from untreated stomach pain (possibly a prostrate issue). (PSR ¶61)

Mr. Gongora-Arias attended school only completing the first grade. Thereafter, Mr. Gongora-Arias received his GED while incarcerated at the Bureau of Prisons.

Mr. Gongora-Arias's employment record reveals that since his release from prison in 2023 he was employed as a construction worker earning approximately $9.70 per day. (PSR ¶70)

Mr. Gongora-Arias is extremely remorseful for his conduct and has accepted responsibility for his offense conduct.

Mr. Gongora-Arias entered his guilty plea on May 22, 2025 pursuant to a written Plea Agreement. On June 9, 2025 this Court accepted Mr. Gongora-Arias's guilty plea and adjudicated him guilty.

## **GUIDELINE CALCULATIONS**

Because Mr. Gongora-Arias was involved in a cocaine trafficking conspiracy that involved more than 450 KG, pursuant to U.S.S.G. §2D1.1(c)(1), his base offense level is calculated in the Presentence Report to be a level 38. (PSR – 24). An

additional 3 levels are deducted for acceptance of responsibility, resulting in a total base offense level is 35.

## **SENTENCING OPTIONS**

Based upon a total offense level of 25 and a criminal history of II the guideline imprisonment range is 188-235 months.

As of the filing of this memorandum, the Government has not yet filed a 5K motion for the Defendant's substantial assistance and presently the Defendant's ongoing cooperation with the Government is still incomplete. As such the Defendant is facing a 15 year minimum mandatory sentence given his prior criminal offense conduct.

Respectfully submitted,

*/s/ Victor D. Martinez*
Victor D. Martinez, Esquire
Florida Bar No. 0444601
Victor D. Martinez, P.A.
110 North 11th Street, First Floor
Tampa, FL 33602
Telephone: (813) 289-0600
Email:vmartinez@tampabay.rr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to counsel of record.

/s/ *Victor D. Martinez*
Victor D. Martinez, Esquire
Florida Bar No. 0444601
Victor D. Martinez, P.A.
110 North 11th Street, First Floor
Tampa, FL 33602
Telephone: (813) 289-0600
Email:vmartinez@tampabay.rr.com